Alex Scott **FEKETE**, Respondent,

v.

**DIRECTOR OF REVENUE**, Appellant.

**No. WD 59651.**

Missouri Court of Appeals,
Western District.

Feb. 26, 2002.

Jeremiah W. (Jay) Nixon, Atty. Gen., Alana Barragan–Scott, Michael Wambolt, Asst. Attys. Gen., Jefferson City, MO, for Appellant.

John E. Chick, Jr., Kansas City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

The Director of Revenue appeals the reinstatement of Mr. Alex Scott Fekete's driving privileges after a trial *de novo.* We have thoroughly reviewed the record on appeal, and we conclude that the trial court's decision is not against the weight of the evidence. A memorandum explaining our reasoning has been provided to the

parties for their use only. We affirm pursuant to Rule 84.16(b).